UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| ZUCCO PARTNERS, LLC, on Behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>FINDWHAT.COM, INC., CRAIG PISARIS-HENDERSON, BRENDA AGUIS, and PHILIP R. THUNE,<br><br>Defendants. | Case No. 2:05-CV-201-JES-DNF |
| SUNANDA DESAI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>FINDWHAT.COM, INC., CRAIG PISARIS-HENDERSON, PHILIP R. THUNE, AND BRENDA AGIUS,<br><br>Defendants. | Case No. 2:05-CV-213-JES-DNF |

(Captions Continue on Next Page)

**PLAINTIFF JACQUES HABRA'S MOTION TO TRANSFER AND
CONSOLIDATE ALL RELATED ACTIONS AND
MEMORANDUM OF LAW IN SUPPORT THEREOF**

| | |
|---|---|
| VISION WEALTH MANAGEMENT, on behalf of itself, and all others similarly situated,<br><br>   Plaintiff,<br>vs.<br><br>FINDWHAT.COM, INC., CRAIG PISARIS-HENDERSON, BRENDA AGIUS, FREDERICK E. GUEST, and PHILIP R. THUNE,<br><br>   Defendants. | Case No. 2:05-CV-233-JES-DNF |
| JASON KOHUT, On Behalf of Himself and All Others Similarly Situated,<br><br>   Plaintiff,<br>vs.<br><br>FINDWHAT.COM, INC., CRAIG PISARIS-HENDERSON, PHILIP R. THUNE, and BRENDA AGIUS,<br><br>   Defendants. | Case No. 2:05-CV-236-VMC-DNF |
| JACQUES HABRA, on Behalf of Himself and All Other Persons Similarly Situated,<br><br>   Plaintiff,<br>vs.<br><br>FINDWHAT.COM, INC., CRAIG PISARIS-HENDERSON, PHILIP R. THUNE, BRENDA AGIUS, and FREDERICK E. GUEST,<br><br>   Defendants. | Case No. 2:05-CV-271-VMC-33-DNF |

## MOTION

Pursuant to Local Rule 1.04(b) and Fed. R. Civ. P. 42(a), Jacques Habra ("Plaintiff" or "Movant") hereby moves for entry of an Order (1) transferring *Kohut v. FindWhat.com et al.,* 2:05-cv-00236-VMC-DNF (the "*Kohut* action"), and *Habra v. FindWhat.com et al.* 2:05-cv-00271-VMC-DNF (the "*Habra* action"), to United States District Court Judge John E. Steele, who presides over the first filed action, and (2) consolidating all related actions. In support thereof, Plaintiff relies on the following memorandum.

## MEMORANDUM OF LAW

### The Actions Should Be Transferred and Consolidated

Pursuant to Local Rule 1.04(b), whenever two cases are concurrently pending before different judges of this Court, and such cases involve common questions of law or fact, the judges involved shall determine whether the most recently filed case should be reassigned to the judge to whom the earliest filed case has been assigned. *See Vincelli v. Nat'l Home Health Care Corp.*, 112 F. Supp. 2d 1309, 1312 (M.D. Fla. 2000).

To date, Plaintiff is aware of five related class actions pending in this District against FindWhat.com and certain of its officers and directors on behalf of purchasers of FindWhat.com common stock during the Class Period:

| ABBREVIATED CASE NAME | CASE NUMBER | DATE FILED |
|---|---|---|
| 1. *Zucco Partners v. FindWhat.com et al.* | 2:05-cv-00201-JES-DNF | 5/6/05 |
| 2. *Desai v. FindWhat.com et al.* | 2:05-cv-00213-JES-DNF | 5/11/05 |
| 3. *Vision Wealth Mgmt. v. FindWhat.com et al.* | 2:05-cv-00233-JES-DNF | 5/19/05 |
| 4. *Kohut v. FindWhat.com et al.* | 2:05-cv-00236-VMC-DNF | 5/18/05 |
| 5. *Habra v. FindWhat.com et al.* | 2:05-cv-00271-VMC-DNF | 6/7/05 |

The *Kohut* action and *Habra* action are assigned to the Honorable Virginia M. Hernandez. Earlier filed class actions involving common questions of law and fact are pending before the Honorable John E. Steele in *Zucco Partners v. FindWhat.com et al*, 2:05-cv-00201-JES-DNF, *Desai v. FindWhat.com et al.*, 2:05-cv-00213-JES-DNF, and *Vision Wealth Mgmt. v. FindWhat.com et al.*, 2:05-cv-00233-JES-DNF. All of the pending actions are federal securities class actions filed on behalf of all purchasers of FindWhat.com common stock between January 5, 2004 and May 4, 2005 (the "Class Period") to recover damages caused by Defendants' violations of the federal securities laws. Transferring the *Kohut* action and *Habra* action to Judge Steele will minimize duplicative proceedings in related actions.

Under Rule 42(a) of the Federal Rules of Civil Procedure, consolidation is appropriate when the actions involve common questions of law or fact. *See* Fed. R. Civ. P. 42(a). Consolidation is particularly appropriate in securities class action litigation. *Vincelli* 112 F. Supp. 2d at 1312 ("In securities actions where the complaints are based on the same 'public statements and reports' consolidation is appropriate if there are common questions of law and fact and the defendants will not be prejudiced") (quotations and citations omitted).

All of the above listed related class actions ("Related Actions") allege violations of Section 10(b) of the Exchange Act of 1934 ("Exchange Act") and SEC Rule 10b-5 promulgated thereunder, as well as Section 20(a) of Exchange Act and relate to essentially the same series of allegedly false and misleading statements made or approved

by the same defendants[1] in the same press releases, SEC filings and other public reports. All of the actions concern transactions in FindWhat.com securities, which were traded on the NASDAQ National Market System during the Class Period. All documents to be reviewed and testimony to be taken relate to these allegedly false and misleading statements and will be essentially identical as to all actions. In light of these facts, consolidation is clearly appropriate and in the interest of judicial economy. *See Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284-855 (2d Cir. 1990).

Like Rule 42(a), the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which governs each of the Related Actions, recognizes the need to avoid duplicative proceedings and waste in prosecuting (and defending) the putative class' claims.[2]

The PSLRA provides that "[I]f more than one action on behalf of a class asserting substantially the same claim or claims arising under this Chapter has been filed," the Court shall not make the determination of the most adequate plaintiff until "after the decision on the motion to consolidate is rendered." 15 U.S.C. § 78u-4(a)(3)(B)(ii); 15 U.S.C. § 77z-1(a)(3)(B)(ii). Thereafter the Court "shall appoint the most adequate plaintiff as lead plaintiff for the consolidated actions." *Id.* Under the PSLRA, lead plaintiff applications in the actions must be filed with the Court no later than July 5,

---

[1] Defendant Frederick E. Guest is not named in two of the five pending actions.

[2] On June 13, 2005, Defendants filed motions to dismiss in the *Zucco*, *Desai*, *Vision Wealth Mgmt.*, and *Kohut* actions stating that each case "is functionally identical" and incorporating the grounds set forth in the *Zucco* Motion and Supporting Memorandum in each of the other actions.

2005. Thus, it is appropriate for the Court to rule on the instant motion at this time – before ruling on motions for lead plaintiff.

Pursuant to Local Rule 3.01(g), Plaintiff's counsel has conferred with Defendants' counsel, and Defendants state that they oppose the relief sought herein.

This motion is brought in good faith and not for the purpose of delay.

WHEREFORE, Plaintiff Jacques Habra respectfully requests that this Court enter an Order: (1) transferring the *Kohut* action and *Habra* action to United States District Court Judge John E. Steele, who presides over the first-filed action, and (2) consolidating the Related Actions.

DATED: June 30, 2005

Respectfully submitted,

**BERMAN DeVALERIO PEASE
TABACCO BURT & PUCILLO**

By: ___/s/ Wendy H. Zoberman___
Trial Counsel
Michael J. Pucillo
Florida Bar No. 261033
Wendy H. Zoberman
Florida Bar No. 434670
Esperanté Bldg., Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401
Tel: 561/835-9400
Fax: 561/835-0322
Email: Lawfla@bermanesq.com

-and-

Kenneth J. Vianale
Florida Bar No. 0169668
Julie Prag Vianale
Florida Bar No. 0184977

4

**VIANALE & VIANALE LLP**
2499 Glades Road, Suite 112
Boca Raton, FL 33431
Tel: (561) 392-4750
Fax: (561) 392-4775
Email: kvianale@vianalelaw.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: __see attached Service List__. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: __see attached Service List__.

>  /s/ Wendy H. Zoberman
> Wendy H. Zoberman
> Fla. Bar No. 434670
> Attorney for Plaintiff
> Berman DeValerio Pease
>   Tabacco Burt & Pucillo
> Esperanté Bldg., Suite 900
> 222 Lakeview Avenue
> West Palm Beach, FL 33401
> Tel:   561/835-9400
> Fax:   561/835-0322
> Email: wzoberman@bermanesq.com

6

## FINDWHAT.COM SERVICE LIST

Michael J. Pucillo, Esq.
Wendy H. Zoberman, Esq.
Marc J. Greenspon, Esq.
**BERMAN DEVALERIO PEASE
  TABACCO BURT & PUCILLO**
Esperanté Building, Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401
Tel:    561/835-9400
Fax:    561/835-0322
E-mail: Lawfla@bermanesq.com
Via electronic filing system
**Attorneys for Plaintiff Jacques Habra**

Kenneth J. Vianale, Esq.
Julie Prag Vianale, Esq.
**VIANALE & VIANALE LLP**
2499 Glades Road, Suite 112
Boca Raton, FL 33431
Tel:    561/392-4750
Fax:    561/392-4775
E-mail: kvianale@vianalelaw.com
Via electronic filing system
**Attorneys for Plaintiff Jacques Habra
and Vision Health Management**

Kristi Stahnke McGregor, Esq.
Maya Saxena, Esq.
Joseph E. White, III, Esq.
**MILBERG, WEISS, BERSHAD &
SCHULMAN LLP**
Tower One, Suite 600
5200 Town Center Circle
Boca Raton, FL 33486-1018
Tel:    561/361-5000
Fax:    561/367-8400
E-mail: kmcgregor@milbergweiss.com
Via electronic filing system
**Attorneys for Plaintiff Zucco Partners,
LLC**

Laurence D. Paskowitz, Esq.
**PASKOWITZ & ASSOCIATES**
60 E. 42nd Street, 46th Floor
New York, NY 10165
Tel:    212/685-2306
Via U.S. mail
**Attorneys for Plaintiff Zucco Partners,
LLC**

Steven G. Schulman, Esq.
**MILBERG, WEISS, BERSHAD
  & SCHULMAN LLP**
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165
Tel:    212/594-5300
Fax:    212/868-1229
Via U.S. mail
**Attorneys for Plaintiff Zucco Partners,
LLC**

Chris A. Barker, Esq.
**BARKER, RODEMS & COOK, P.A.**
300 W. Platt Street, Suite 150
Tampa, FL 33606
Tel:    813/489-1001
Fax:    813/489-1008
Email: cbarker@barkerrodemsandcook.com
Via electronic filing system
**Attorneys for Plaintiff Sunanda Desai**

Brian Murray, Esq.
Eric J. Belfi, Esq.
**MURRAY, FRANK & SAILER, LLP**
275 Madison Ave., Suite 801
New York, NY 10016
Tel:    212/682-1818
Via U.S. mail
**Attorneys for Plaintiff Kohut**

William S. Lerach, Esq.
Darren J. Robbins, Esq.
**LERACH COUGHLIN STOIA**
  **GELLER RUDMAN & ROBBINS LLP**
401 B Street, Suite 1700
San Diego, CA 92101
Tel:   619/231-1058
Via U.S. mail
**Attorneys for Plaintiff Kohut**

Jack Reise, Esq.
Paul J. Geller, Esq.
**LERACH COUGHLIN STOIA GELLER**
  **RUDMAN & ROBBINS LLP**
197 S. Federal Hwy., Suite 200
Boca Raton, FL 33432
Tel:   561/750-3000
Fax:   561/750-3364
Email: jreise@lerachlaw.com
Via electronic filing system
**Attorneys for Plaintiff Kohut**

Charles Piven, Esq.
**LAW OFFICES OF CHARLES J.**
  **PIVEN, P.A.**
World Trade Center, Suite 2525
401 E. Pratt Street
Baltimore, MD 21202
Tel:   410/332-0030
Via U.S. mail
**Attorneys for Plaintiff Vision Wealth**
**Management**

Todd R. David, Esq.
Susan Hurd, Esq.
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309
Tel:   404/881-7000
Fax:   404/881-7777
Via U.S. mail

**Attorneys for Defendants FindWhat.com, Inc., Craig Pisaris-Henderson, Philip R. Thune, Brenda Agius, and Frederick E. Guest**

Gregory N. Woods, Esq.
**PORTER WRIGHT MORRIS &**
**ARTHUR, P.A.**
5801 Pelican Bay Blvd., Suite 300
Naples, FL 34108
Tel:   239/593-2900
Fax:   239/593-2990
gwoods@porterwright.com
Via electronic filing system
 **Attorney for Defendants FindWhat.com, Inc., Craig Pisaris-Henderson, Philip R. Thune, Brenda Agius, and Frederick E. Guest**