IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| IN RE MIVA, INC.<br>SECURITIES LITIGATION | CIVIL ACTION FILE<br>NO. 2:05-cv-00201-FtM-29DNF |

**DEFENDANTS' RENEWED MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, et seq., Defendants FindWhat.com, Inc.,[1] Craig Pisaris-Henderson, Brenda Agius, and Phillip R. Thune (collectively "Individual Defendants" and with the Company, "Defendants") hereby renew their Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint ("Amended Complaint" or "Am. Compl.") for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that the Renewed Motion to Dismiss be granted and the Amended Complaint be dismissed with prejudice and the Court award Defendants attorneys' fees and costs pursuant to 15 U.S.C. § 78u-4(c)(3).

---

[1] On June 6, 2005, FindWhat.com, Inc. changed its name to MIVA, Inc. Defendants refer to MIVA, Inc. as "FindWhat" or the "Company" for the sake of consistency with Plaintiffs' Amended Complaint.

Respectfully submitted, this 9th day of February, 2006.

      /s/ Joseph G. Foster
Gregory N. Woods
Florida Bar No. 0175500
Joseph G. Foster
Florida Bar No. 0301980

PORTER WRIGHT MORRIS
  &amp; ARTHUR LLP
5801 Pelican Bay Blvd.
Suite 300
Naples, FL 34108-2709
Tel: (239) 593-2900
Fax: (239) 593-2990


Todd R. David
Georgia Bar No. 206526
Susan E. Hurd
Georgia Bar No. 379628

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Defendants*