UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:
MIVA, INC., Securities Litigation

Case No. 2:05-cv-201-FtM-29DNF

_____

**ORDER**

_____This matter comes before the Court on upon review of the file. On March 2, 2009, defendants' filed a Motion to Exclude the Expert Opinions of Scott D. Hakala (Doc. #153) and Dispositive Motion for Summary Judgment (Doc. #155), along with supporting documents. Upon review of the motions, the Court will refer the motions for disposition by the Magistrate Judge.

Accordingly, it is now

**ORDERED**:

Defendants' Motion to Exclude the Expert Opinions of Scott D. Hakala (Doc. #153) and Dispositive Motion for Summary Judgment (Doc. #155) are **referred** to the Honorable Douglas N. Frazier for the issuance of a Report and Recommendation, and for the entry of any related Orders for supplemental documentation or a hearing if deemed necessary by the Magistrate Judge.

**DONE AND ORDERED** at Fort Myers, Florida, this __16th__ day of March, 2009.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
Counsel of record