**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

|  |  |
|---|---|
| ) | |
| IN RE MIVA, INC. ) | Civil Action File |
| SECURITIES LITIGATION ) | No. 2:05-cv-00201-FtM-29DNF |
| ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Plaintiffs (including Lead Plaintiffs Y.P. and Sampurna

Jain, on behalf of themselves and the certified class of Miva shareholders), appeal to the United

States Court of Appeals, Eleventh Circuit from: 1) the Final Judgment entered on December 7,

2009 (Dkt. # 190); 2) the Court's Opinion and Order entered on November 16, 2009, adopting

the Magistrate Judge's August 25, 2009 Report and Recommendation (Dkt. # 183) and granting

summary judgment in favor of Defendants (Dkt. # 189); 3) the Court's Opinion and Order dated

March 15, 2007, granting in part and denying in part Defendants' Motion to Dismiss Plaintiffs'

First Amended Consolidated Class Action Complaint (Dkt. #91); and 4) the Court's Opinion and

Order dated February 15, 2008, granting Defendants' Renewed Motion to Dismiss Plaintiffs'

First Amended Consolidated Class Action Complaint (Dkt. # 138).

Dated: December 15, 2009                    Respectfully submitted,


                                           **SAXENA WHITE P.A.**

                                           By: */s/ Christopher S. Jones*
                                               Maya Saxena
                                               Florida Bar No. 0095494
                                               Joseph E. White III
                                               Florida Bar No. 0621064
                                               Christopher S. Jones
                                               Florida Bar No. 306230
                                               Lester Hooker

Florida Bar No. 0032242
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431
Tel.: (561) 394-3399
Fax: (561) 394-3382

**Lead Counsel for Lead Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that on December 15, 2009, I electronically filed the foregoing Notice of Appeal

with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing

to all registered users.

  */s/ Christopher S. Jones*
Christopher S. Jones
Florida Bar No. 306230