UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: MIVA, INC.,
Securities Litigation

Case No: 2:05-cv-201-FtM-29DNF

### ORDER

This matter comes before the Court on the parties' Joint Motion to Stay Proceedings (Doc. #231) filed on March 28, 2014. The parties indicate that they have reached a settlement, subject to approval, and seek a brief stay of all proceedings pending submission of papers for approval.

Accordingly, it is hereby

**ORDERED:**

The Parties' Joint Motion to Stay Proceedings (Doc. #231) is **GRANTED** and the parties shall file their motion seeking preliminary approval of the settlement within **THIRTY (30) DAYS** of this Order. The May 1, 2014, *Daubert* Hearing is **cancelled** pending further order.

**DONE and ORDERED** at Fort Myers, Florida, this __31st__ day of March, 2014.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record